IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:21-CV-174-D

| | |
|---|---|
| CARMEN ELECTRA a/k/a TARA LEIGH PATRICK, et al., ) ) ) Plaintiffs, ) ) v. ) ) AMPARO GONZALES SYLVAIN d/b/a ) CAVE GENTLEMEN'S CLUB and ) AMPARO SYLVAIN, ) ) Defendants. ) | **ORDER** |

This matter is before the clerk on the renewed motion for entry of default [DE-21] filed by plaintiffs, seeking entry of default as to defendants Amparo Gonzales Sylvain d/b/a Cave Gentlemen's Club and Amparo Sylvain.

The record showing proper service against each of the aforementioned defendants and the failure of each defendant to answer or otherwise defend, the motion [DE-21] is GRANTED. Pursuant to Fed. R. Civ. P. 55(a), DEFAULT is hereby ENTERED against Amparo Gonzales Sylvain d/b/a Cave Gentlemen's Club and Amparo Sylvain.

SO ORDERED. This the 17 day of May, 2022.

_____
Peter A. Moore, Jr.
Clerk of Court