IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Action No.: 7:21-CV-174-D

| | |
|---|---|
| CARMEN ELECTRA a/k/a TARA LEIGH PATRICK, CLAUDIA SAMPEDRO, JAIME EDMONDSON LONGORIA, JOANNA KRUPA, KRYSTAL FORSCUTT HIPWELL, LINA POSADA, LUCY PINDER, MEGAN DANIELS a/k/a MEGAN VOGT, PAOLA CAÑAS, VIDA GUERRA, and RHIAN SUGDEN, <br><br> Plaintiffs, <br><br> v. <br><br> AMPARO GONZALES SYLVAIN d/b/a CAVE GENTLEMEN'S CLUB and AMPARO SYLVAIN, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## DEFAULT JUDGMENT

The Defendants Amparo Gonzales Sylvain and Amparo Sylvain (collectively "Defendants") having failed to plead or otherwise defend this action, and default having therefore been entered; upon application of plaintiffs Carmen Electra a/k/a Tara Leigh Patrick, Claudia Sampedro, Jaime Edmondson Longoria, Joanna Krupa, Krystal Forscutt Hipwell, Lina Posada, Lucy Pinder, Megan Daniels a/k/a Megan Vogt, Paola Cañas, Vida Guerra, and Rhian Sugden (collectively, "Plaintiffs"), and upon declaration that the Defendant is indebted to Plaintiffs in the principal sum of one million two hundred thousand and five hundred dollars ($1,200,500.00), plus Plaintiffs' costs and fees, plus interest thereon; that Defendant has been defaulted for failure to appear pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; and that the claim is for a sum certain or for a sum which can by computation be made certain; it

- 1 -

is hereby:

ORDERED, ADJUDGED and DECREED that Plaintiffs recover from Defendant, jointly and severally, the principal sum of $1,200,500.00, plus Plaintiffs' costs and attorney's fees incurred prosecuting this action and interest thereon according to law from the date of this judgment until the entire amount is paid; and it is further,

ORDERED, ADJUDGED and DECREED that Defendant is permanently enjoined from using any Images from Plaintiffs in their advertising, including without limitation those Images annexed to the Complaint.

This judgment is entered by the Clerk at the request of Plaintiffs and upon affidavit that said amount is due, in accordance with Rule 55(b)(1) of the Federal Rules of Civil Procedure

SO ORDERED. This 10 day of ~~October~~ November, 2022.

_____
JAMES C. DEVER III
United States District Judge